1   DAVID BORGEN (CA Bar No. 99354)
    dborgen@gdblegal.com
2   RACHEL E. BRILL (CA Bar No. 233294)
    rbrill@gdblegal.com
3   GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
    300 Lakeside Drive, Suite 1000
4   Oakland, CA  94612
    (510) 763-9800
5   (510) 835-1417 (fax)

6   SAM J. SMITH, FL Bar No. 0818593, Pro Hac Vice (application to be filed)
    ssmith@burrandsmithlaw.com
7   MARGUERITE LONGORIA, FL Bar No. 0998915, Pro Hac Vice (application to be filed)
    mlongoria@burrandsmithlaw.com
8   LOREN DONNELL, FL Bar No. 0013429, Pro Hac Vice (application to be filed)
    ldonnell@burrandsmithlaw.com
9   BURR & SMITH, LLP
    442 West Kennedy Boulevard, Suite 300
10  Tampa, Florida 33606
    (813) 253-2010
11  (813) 254-8391 (fax)

12  Attorneys for Plaintiffs

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

18  LATOYA PORTER, VIVIAN MARTINEZ,           Case No.:  C 09-01519 VRW
    CINDY GALVEZ, JASMINE BEMORE,
19  DEANNA MONTOYA, VANESSA VELEZ,            **PLAINTIFFS' NOTICE OF VOLUNTARY
    AMANDA HANNAWI, AND KIMBERLY              DISMISSAL WITHOUT PREJUDICE**
20  HUGHES, individually and on behalf of all
    others similarly situated,
21
            Plaintiffs,
22
    vs.
23
    OLAN MILLS, INC.,
24
            Defendants.
25

*IT IS SO ORDERED*
*[signature]*
*Judge Vaughn R Walker*

Pursuant to Rule 41(a)(1)(A)(i), Plaintiffs hereby file their notice of voluntary dismissal without prejudice of the above-captioned case.

Dated: June 17, 2009 Respectfully submitted,

By: /s/ David Borgen
David Borgen, CA Bar No. 099354
Rachel E. Brill, CA Bar No. 233294
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Tel: 510-763-9800
Fax: 510-835-1417

Sam J. Smith, FL Bar No. 818593
Pro Hac Vice (application to be filed)
Marguerite M. Longoria, FL Bar No. 998915
Pro Hac Vice (application to be filed)
Loren Donnell, FL Bar No. 0013429
Pro Hac Vice (application to be filed)
BURR & SMITH, LLP
442 West Kennedy Boulevard, Ste. 300
Tampa, Florida 33606
Tel: 813-253-2010
Fax: 813-254-8391

Attorneys for Plaintiffs Latoya Porter, Vivian Martinez, Cindy Galvez, Jasmine Bemore, Deanna Montoya, Vanessa Velez, Amanda Hannawi, and Kimberly Hughes